Case 2:16-cv-00056-SMJ    Document 16    Filed 03/14/17

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 14, 2017

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NATALIA CHRISTEN,<br><br>Plaintiff,<br><br>v.<br><br>GENESIS CREDIT MANAGEMENT LLC, a Washington corporation,<br><br>Defendant. | No.   2:16-CV-0056-SMJ<br><br>**ORDER DISMISSING CASE** |

On March 13, 2017, the parties filed a Notice of Stipulated Voluntary Dismissal Pursuant to FRCP 41(a)(1)(A)(ii), ECF No. 15.  Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a), **IT IS HEREBY ORDERED:**

   **1.**   The parties' Notice of Stipulated Voluntary Dismissal Pursuant to FRCP 41 (a)(1)(A)(ii), **ECF No. 15**, is **GRANTED.**

   **2.**   All claims are **DISMISSED WITH PREJUDICE,** with all parties to bear their own costs and attorneys' fees.

   **3.**   All pending motions are **DENIED AS MOOT.**

   **4.**   All hearings and other deadlines are **STRICKEN.**

   **5.**   The Clerk's Office is directed to **CLOSE** this file.

ORDER **-** 1

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 14th day of March 2017.

_____
SALVADOR MENDOZA, JR.
United States District Judge